FILED
May 27, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Adriana Quezada
         DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS - EL PASO DIVISION

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A MISDEMEANOR CASE**

USA §
§
vs. §  Case Number:
§  EP:25-M -02467(1)
(1) JOSE EMILIANO BUELVAS-SERRANO §

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The Magistrate Judge has informed me of my right to the assistance of legal counsel. The Magistrate Judge has informed me of my right to trial, judgment, and sentencing before a United States District Judge or a United States Magistrate Judge.

**I HEREBY:** Waive (give up) my right to trial, judgment, and sentencing before a United States District Judge, and consent to trial, judgment and sentencing before a United States Magistrate Judge.

X _____[signature]_____
Defendant

## WAIVER OF RIGHT TO TRIAL BY JURY

The Magistrate Judge has advised me of my right to trial by jury.

**I HEREBY:** Waive (give up) my right to trial by jury.  _____[signature]_____
Defendant

Consented to by United States  _____[signature]_____
Signature

SAUSA, Stafford
Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY (30) DAYS TO PREPARE FOR TRIAL

The Magistrate Judge has also advised me of my right to have at least thirty (30) days to prepare for trial before the Magistrate Judge.

**I HEREBY:** Waive (give up) my right to have at least thirty (30) days to prepare for trial.

X _____[signature]_____
Defendant

_____[signature]_____
Defendant's Attorney

_____[signature]_____
U.S. Magistrate Judge

5-27-25
Date